Perry Roger Staub  Jr.
Taggart, Morton
1100 Poydras, Suite 2100
New Orleans LA 70163-2100

Mark Edward Van Horn
Taggart, Morton
1100 Poydras St., #2100
New Orleans LA 70163-2100

**REHEARING ACTION: April 16, 2008**

**Docket Number: 07   00264-CA**

**DR. CLARK GUNDERSON, ET AL.
VERSUS
F. A. RICHARD & ASSOCIATES, INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2004-2417**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. John D. Saunders
> Hon. Jimmie C. Peters
> Hon. Glenn B. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **First Health Group Corp.** has this day been

> **DENIED.**

The Motion to Strike Application for Rehearing in Excess of Page Limits filed by **Clark**

**A. Gunderson, M.D., et al**  has this day also been

> **DENIED.**

cc: William Boyce Monk, Counsel for the Appellee
    Thomas Allen Filo, Counsel for the Appellee
    Arthur M. Murray, Counsel for the Appellee
    Edward Paige Sensenbrenner, Counsel for the Appellee
    Theodore Robert Scarborough, Counsel for the Appellee
    Todd Alexander Rossi, Counsel for the Appellant
    Michael D. Kendall, Counsel for the Appellant
    David W. O'Quinn, Counsel for the Appellant
    John Emerson Galloway, Counsel for the Appellee
    Janice Bertucci Unland, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**